William A. BLAGOGEE, Plaintiff—Appellant,

v.

SANTANDER CONSUMER USA, INCORPORATED, Defendant—Appellee.

No. 12–1018.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2012.

Decided: July 3, 2012.

William A. Blagogee, Appellant Pro Se. Travis Aaron Sabalewski, Reed Smith, LLP, Richmond, Virginia; Mark Edward

---

Schaffer, Reed Smith, LLP, Falls Church, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Blagogee appeals the district court's order denying relief on his complaint alleging violations of the Truth in Lending Act, 15 U.S.C.A. §§ 1601 to 1667(f) (West 2009 & Supp.2012), and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 to 1692p (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blagogee v. Santander Consumer USA, Inc.*, No. 1:11–cv–00680–AJT–TRJ (E.D. Va. filed Nov. 29, 2011 & entered Nov. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*